# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN BARTHOLOMEW, on behalf of himself and all other similarly situated,<br><br>            Plaintiff,<br>    v.<br><br>GOODMAN MANUFACTURING COMPANY, L.P., a Texas Limited Partnership; GOODMAN GLOBAL HOLDINGS, INC., a Delaware Corporation; GOODMAN GLOBAL GROUP, INC., a Delaware Corporation; and DOES 1-50, inclusive.<br><br>            Defendants. | CASE NO.: 2:22-cv-00027-DJC-AC<br><br>*Assigned to Hon. Daniel J. Calabretta*<br><br>**ORDER GRANTING STIPULATION TO REMAND ACTION TO STATE COURT FOR PURPOSES OF SEEKING SETTLEMENT APPROVAL ONLY** |

# ORDER

Plaintiff Martin Bartholomew's ("Plaintiff") and Defendants Goodman Manufacturing Company, L.P.; Goodman Global Holdings, Inc.; and Goodman Global Group, Inc.'s ("Defendants") (collectively, the "Parties") stipulation for an Order Remanding Action to State Court for Purposes of Seeking Settlement Approval Only, having come before the Court in the above-captioned matter, the Honorable Daniel J. Calabretta presiding, and for good cause appearing therefor, including, without limitation, the agreed-upon settlement amount being less than $5 million and Plaintiff's contention that the jurisdictional minimum required for subject matter jurisdiction under 28 U.S.C. sections 1332, 1441 or otherwise is not met, rules that the Parties joint stipulation is **APPROVED**.

If the Superior Court of the State of California for the County of Sacramento does not approve the Settlement as requested by the Parties, a Judgment is not entered in the action in state court, or either Party withdraws from the Settlement, the Parties will revert to their respective status as of the date and time immediately prior to the execution of the long-form settlement agreement such that the Parties will revert to the litigation of the action in this Court. In that event, either Party may notify this Court to re-initiate litigation of this action in this Court, via a stipulated removal or otherwise.

Pursuant to 28 U.S.C. section 1447(c), this action is hereby **REMANDED** to the Superior Court of the State of California, County of Sacramento, for purposes of seeking settlement approval.

IT IS SO ORDERED.

Dated: August 03, 2023     /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING JOINT STIPULATION TO REMAND**